**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2213

AMADA MARLENE CRESPO DE CASTRO; D.M.C.C.; N.L.C.C.,

Petitioners,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals

Submitted: September 19, 2023                    Decided: November 15, 2023

Before AGEE, HEYTENS, and BENJAMIN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

**ON BRIEF:** Ronald D. Richey, LAW OFFICE OF RONALD D. RICHEY, Rockville, Maryland, for Petitioners.  Brian M. Boynton, Assistant Attorney General, Paul Fiorino, Nancy E. Friedman, Senior Litigation Counsel, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amada Marlene Crespo de Castro and her minor children, natives and citizens of El Salvador, petition for review of an order of the Board of Immigration Appeals (Board) dismissing Crespo de Castro's appeal from the Immigration Judge's denial of her applications for asylum, withholding of removal, and protection under the Convention Against Torture. We have thoroughly reviewed the record and Crespo de Castro's claims and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Crespo de Castro* (B.I.A. Nov. 7, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*